ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for CitiMortgage, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY SERIES 3084 BELLAVISTA LANE,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, Inc., a foreign corporation, improperly named as CITIMORTGAGE, LLC; DOE individuals I through XX; and ROE CORPORATIONS I through XX,,<br><br>Defendant. | Case No.: 2:22-cv-00207<br><br>**PETITION FOR REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446** |

CitiMortgage, Inc., improperly captioned as Citimortgage LLC removes the action filed in the Eighth Judicial District Court of the State of Nevada as Case No. A-22-846344-C, styled *Saticoy Bay LLC Series 3084 Bellavista Lane v. Citimortgage LLC, et al.*, to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for removal, state as follows.

### I. STATEMENT OF THE CASE

1. Saticoy Bay LLC Series 3084 Bellavista Lane commenced the state court action on January 06, 2022. A true and correct copy of the complaint is attached as part of **Exhibit A**.

2. Saticoy is the purported owner of the property at 3084 Bellavista Lane, Las Vegas, NV 89122 which it purchased at an HOA lien foreclosure sale.

61994060;1

3.      Saticoy filed a prior suit on October 30, 2013 seeking quiet title and declaratory relief, claiming the HOA sale extinguished the first deed of trust that encumbered the property.

4.      Years of litigation and an appeal to the Nevada Supreme Court resulted in a March 30, 2020 ruling that the first deed of trust survived the HOA foreclosure sale.

5.      In the newly filed action, Saticoy again seeks quiet title and declaratory relief and also asserted claims for slander of title, fraud/misrepresentations, recission, and unjust enrichment— now basing its arguments on the extinguishment of the first deed of trust by NRS 106.240.

6.      The Eighth Judicial District Court of Clark County, Nevada is a state court within this district and division.  Venue is proper in this court pursuant to 28 U.S.C. §§ 1441 and 1446(a).

7.      This case is properly removable pursuant to 28 U.S.C. § 1332(a), which provides:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
> (1) citizens of different States . . . .

## II. DIVERSITY OF CITIZENSHIP

8.      Diversity jurisdiction exists because there is complete diversity between the parties and the amount in controversy exceeds $75,000.  28 U.S.C. § 1332(a)(1).

9.      There must be complete diversity between plaintiff and all defendants to meet the diversity requirement.  *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005).

10.     Upon information and belief, Saticoy was and is and was an LLC formed and existing under and by virtue of laws of the State of Nevada with its principle place of business in the County of Clark, State of Nevada.  **Ex. A**, Am. Comp. at ¶ 1.

11.     CitiMortgage is a New York corporation with its principle place of business in O'Fallon, Missouri.  *See Johnson-Williams v. CitiMortgage, Inc.*, 2018 WL 1156100, at * 5 (N.D. Tex. Jan. 31, 2018) (CitiMortgage "is a citizen of New York and Missouri because it is incorporated in New York and maintains its main office in Missouri"); *CitiMortgage, Inc. v. First Res. Mortg., Servs. Corp.*, No. 4:13CV00703 AGF, 2014 WL 721914, at *1 (E.D. Mo. Feb. 24, 2014) (CitiMortgage "is a New York corporation having its principal place of business in Missouri"); *see also Griffin v. CitiMortgage, Inc.*, No. 3:18-CV-00146-NBB-JMV, 2018 WL 4261074, at *2 (N.D.

*AKERMAN LLP*
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

Miss. Sept. 5, 2018); *Lugo v. CitiMorgage, Inc.*, No. 2:15–cv–09195–SVW–AS, 2016 WL 7496140, at *1 (C.D. Cal. Jan. 21, 2016); *DTND Sierra Inv LLC v. CitiMortgage, Inc.*, No. SA–12–CV–1178–XR, 2013 WL 123006, at *1 (W.D. Tex. Jan. 8, 2013).

12.     "The citizenship of defendants sued under fictitious names shall be disregarded."  28 U.S.C. § 1441(b).  It does not appear that fictitiously named Roe Corporations, I through X, have been named or served, and their citizenship is irrelevant for the purposes of this removal.

13.     Because no defendant has the same citizenship as Saticoy, there is complete diversity of citizenship among the parties.

### III.    AMOUNT IN CONTROVERSY

11.     "In a suit to quiet title, or to remove a cloud therefrom, it is not the value of the defendant's claim which is the amount in controversy, but it is the whole of the real estate to which the claim extends."  *Woodside v. Ciceroni*, 93 F.1, 4 (9th Cir. 1899).

12.     Both the Supreme Court and the Ninth Circuit Court of Appeals have held that "it is well established that the amount in controversy is measured by the value of the object of the litigation."  *Hunt v. Washington State Apple Advertising Com'n*, 432 U.S. 333, 347 (1977); *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002).  In foreclosure claims, "[a] court may look to either the value of the indebtedness or the fair market value of the property to determine the amount in controversy."  *O'Connell v. JP Morgan Chase Bank, N.A.,* No. 3:11-cv-00685-RCJ-WGC, 2012 WL 1739711, * 2 (D. Nev. May 11, 2012).

13.     Saticoy asserts a quiet title claim and seek to extinguish the first deed of trust.  Ex. A, Am. Compl.  That deed of trust was security for a loan in the amount of $75,200.  *Id.* at ¶ 7.  The fair market value of the property is about $190,000- $240,000.[1]

14.     Removal is permissible because "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs."  28 U.S.C. § 1332; *Chapman v. Deutsche Bank*, 651 F.3d 1039, 1045 n.2 (9th Cir. 2011).

---

[1]https://www.redfin.com/NV/Las-Vegas/3084-Bellavista-Ln-89122/home/29416746; https://www.zillow.com/homedetails/3084-Bellavista-Ln-Las-Vegas-NV-89122/81833092_zpid/; https://www.realtor.com/realestateandhomes-detail/3084-Bellavista-Ln_Las-Vegas_NV_89122_M23817-14920 (all last accessed, February 2, 2022).

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

61994060;1

### III. ALL PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

15.     Under 28 U.S.C. § 1446(b), "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant . . . of a copy of the initial pleading . . . or within thirty days after the service of summons upon the defendant."

16.     CitiMortgage timely removes this action.  CitiMortgage accepted service of the complaint on January 11, 2022.  **Ex. B**.

17.     This removal is being filed on February 3 2022 which is less than 30 days after service.

18.     This Court is the appropriate forum for removal.  Saticoy filed suit in Clark County District Court.  The United States District Court for the District of Nevada is the federal judicial district embracing Clark County, Nevada.  28 U.S.C. § 1441.

19.     Under 28 U.S.C. § 1446(a), true and correct copies of all pleadings filed in the state court action are attached as **Exhibit A**.

20.     All pending motions filed in state court are automatically denied without prejudice and may be refiled in this Court.  LR 81-1.

21.     As required by 28 U.S.C. § 1446(d), CitiMortgage will promptly file a copy of this notice of removal with the clerk of the Eighth Judicial District Court for Clark County, Nevada, and serve copies of the same on all parties to this action.

22.     By this amended notice of removal, CitiMortgage does not waive any objections to service, jurisdiction, venue, or any other defenses or objections it may have.  CitiMortgage expressly reserves all defenses, motions, and pleas.  CitiMortgage prays the state court action be removed to this Court, all further proceedings in the state court be stayed, and CitiMortgage receive all additional relief to which it is entitled.

…

…

…

…

…

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

61994060;1

4

WHEREFORE, CitiMortgage removes this matter to this Court.

DATED this 3rd day of February, 2022.

**AKERMAN LLP**

/s/  *Lilith V. Xara*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for CitiMortgage, Inc.*

61994060;1

## <u>INDEX OF EXHIBITS</u>

**EXHIBIT A**   Complete State Court Pleadings

**EXHIBIT B**   Service of Process Transmittal

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

61994060;1