# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY SERIES 3084 BELLAVISTA LANE,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITIMORTGAGE,<br><br>    Defendant(s). | Case No. 2:22-cv-00207-JCM-NJK<br><br>**Order** |

On March 7, 2022, the parties filed a notice that there had been payment of the payoff amount and that the parties anticipated final resolution within 30 days. Docket No. 16. No further filings have been made. The parties are ORDERED to file a joint status report or dismissal papers by May 18, 2022.

IT IS SO ORDERED.

Dated: May 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
Nancy J. Koppe
United States Magistrate Judge