ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
Attorneys for Plaintiff

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

*****

| | |
|---|---|
| SATICOY BAY LLC SERIES 3084 BELLAVISTA LANE, | Case No. 2:22-cv-00207-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL** |
| CITIMORTGAGE, LLC, a foreign limited liability company; and DOE individuals I through XX; and ROE CORPORATIONS I through XX, | |
| Defendants. | |

COMES NOW, Plaintiff Saticoy Bay LLC Series 3084 Bellavista Lane, a Nevada Series Limited Liability Company ("Plaintiff"), by and through its attorneys, Roger P. Croteau & Associates, LLP, Ltd., and Defendant CitiMortgage, Inc, erroneously captions as CitiMortgage LLC, ("Defendant") (together Plaintiff and Defendant are "Parties") through its attorneys, Akerman, LLP and hereby stipulate to Dismiss this matter with prejudice, each party shall bear its own fees and costs.

It is further stipulated to expunge the Lis Pendens recorded in the Official Records of the Clark County Recorder on January11, 2022, as Document Number 20220110002091.

1

A copy of this Order may be recorded in the Official Records of the Clark County Recorder.

Respectfully submitted by:

| Dated this __11th_ day of May 2022 | Dated this _11th__ day of May 2022 |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP. |
| /s/ Christopher L. Benner<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>2810 W. Charleston Blvd., Ste. 75<br>Las Vegas, Nevada 89102<br>Croteaulaw@croteaulaw.com<br>Chris@croteaulaw.com | /s/ Scott Lachman<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>LILITH V. XARA, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Scott.lachman@akerman.com<br>Lilith.xara@akerman.com |

**ORDER**

IT IS SO ORDERED May 13, 2022.

By: _____
UNITED STATES DISTRICT JUDGE